**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BRIAN WHITAKER**, | Case No. CV 20-1011-DMG (AFMx) |
| Plaintiff, | |
| v. | |
| **FOOTLAND, INC., et al.,** | **JUDGMENT** |
| Defendants. | |

The Court having granted the motion for summary judgment of Defendant Footland, Inc. on the basis of mootness by Order dated August 24, 2020 [Doc. # 40],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant Footland, Inc. and against Plaintiff as to the Americans with Disabilities Act claim.

DATED: August 24, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-